# United States Court of Appeals
## For the Eighth Circuit

_____

No. 12-3847

_____

Abe Givins, Jr.

*Plaintiff - Appellant*

v.

James J. Brisco, Prosecuting Attorney, St. Charles County; Gwenda R. Robinson, Attorney; Carolyn C. Woods, Prosecuting Attorney; City of Town and Country; Patrick Kranz, Police Officer, Captain, Town and Country Police Department; John Nienhaus, Police Officer, Detective, Town and Country Police Department; Joan M. Gilmer, Circuit Clerk, St. Louis County

*Defendants - Appellees*

_____

Appeal from United States District Court
for the Eastern District of Missouri - St. Louis

_____

Submitted: June 24, 2013
Filed: June 27, 2013
[Unpublished]

_____

Before WOLLMAN, BOWMAN, and GRUENDER, Circuit Judges.

_____

PER CURIAM.

Abe Givins appeals the district court's[1] preservice dismissal of his complaint, without prejudice, for lack of subject matter jurisdiction. Upon careful de novo review, see LeMay v. U.S. Postal Serv., 450 F.3d 797, 799 (8th Cir. 2006) (de novo review of dismissal for lack of subject matter jurisdiction), we find no basis for reversal, see Fed. R. Civ. P. 12(h)(3) (if court determines at any time that it lacks subject matter jurisdiction, court must dismiss action); Biscanin v. Merrill Lynch & Co., 407 F.3d 905, 907 (8th Cir. 2005) ("[i]f the asserted basis of federal jurisdiction is patently meritless, then dismissal for lack of jurisdiction is appropriate"). Accordingly, we affirm. See 8th Cir. R. 47B. We also deny all of Givins's pending motions.

_____

[1] The Honorable Charles A. Shaw, United States District Judge for the Eastern District of Missouri.

-2-